UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-61779-JEM

**DANIEL MONCADA**,

    Plaintiff,

vs.

**VOLKSWAGEN GROUP OF AMERICA,
INC., a foreign for-profit corporation,**

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

    Plaintiff, DANIEL MONCADA, hereby notes that the above action is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Date: August 8, 2019

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, PA** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL  33324 | Miami, FL  33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |